UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Charles Fortner,

    Petitioner,               Case No. 2:17-cr-243

v.                              Judge Michael H. Watson

United States of America,      Magistrate Judge Deavers

    Respondent.

## ORDER

On October 19, 2021, Magistrate Judge Deavers, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court deny Petitioner's motion, ECF No. 64, and dismiss the action with prejudice. R&R, ECF No. 73.

The R&R notified the parties of their right to object to the recommendations contained in the same and specifically advised the parties that a failure to timely object would amount to a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal a decision by the Undersigned adopting the R&R. *Id.* at 8.

The deadline for objecting has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R, **DENIES** Petitioner's motion, and **DISMISSES WITH PREJUDICE** this action. Petitioner is **DENIED** a certificate of appealability. The Court hereby certifies to the United States Court of Appeals that an appeal

would be objectively frivolous and, therefore, Petitioner should not be permitted to proceed *in forma pauperis*.

The Clerk is **DIRECTED** to terminate ECF Nos. 64 and 73.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**